### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARCY L. PFORTMILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV179 |
| Vs. ) | |
| ) | ORDER |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the parties' joint motion to defer ruling on defendant's motion for trial in North Platte (#6) so the parties can pursue settlement negotiations. For good cause shown,

**IT IS ORDERED** that the parties' Joint Motion (#6) is granted as follows:

1. Defendant's Motion for Transfer (#4) is held in abeyance until **August 23, 2005.**

2. On or before **August 23, 2005**, the parties shall electronically file a joint status report regarding the progress of their settlement negotiations.

**DATED June 23, 2005.**

                **BY THE COURT:**

                **s/ F.A. Gossett**
                **United States Magistrate Judge**