# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DARCY L. PFORTMILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:05CV179** |
| **Vs.** ) | |
| ) | **ORDER** |
| **UNION PACIFIC RAILROAD COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

The parties' July 18, 2005 deadline for filing a Rule 26(f) planning report was previously suspended pending settlement discussions. Counsel advised that a mediation session was held on September 19, 2005. No notice of settlement has been filed.

**IT THEREFORE IS ORDERED**:

1. Counsel for the parties shall meet and confer pursuant to Fed. R. Civ. P. 26(f) and file a planning report with the court no later than Friday, November 4, 2005.

2. Defendant's Motion for Change of Venue to North Platte (#4) is denied without prejudice to reassertion after the parties have filed their Rule 26(f) planning report.

**DATED October 21, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge