IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DARCY PFORTMILLER, | ) | Case No. 8:05cv179 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| UNION PACIFIC RAILROAD COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Rick Rosen, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **December 2, 2005,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 3rd day of November 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge