**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DARCY L. PFORTMILLER,** | ) | **CASE NO. 8:05CV179** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| **UNION PACIFIC RAILROAD,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Stipulation for Dismissal with prejudice (Filing No. 12). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and I find that the stipulation should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 12) is approved, and the relief requested therein is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fees.

DATED this 4nd day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge